**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CONNLEY DAVIDSON,**

        **Plaintiff,**

**-vs-**                                                                    **Case No. 6:08-cv-883-Orl-22GJK**

**VISTANA DEVELOPMENT, INC.,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on the Renewed Joint Motion for Judicial Approval of the Parties' Settlement Agreement and Dismissal of the Action (Doc. No. 30) filed on December 16, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 5, 2009 (Doc. No. 31) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Renewed Joint Motion for Judicial Approval of the Parties' Settlement Agreement and Dismissal of the Action (Doc. No. 30) is GRANTED. The Court finds the

settlement is a fair and reasonable resolution of a bona fide dispute and accordingly, approves the settlement.

3. The collective action allegations are dismissed, and this case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on January 23, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge